UNITED STATES OF AMERICA
U.S. DISTRICT COURT -- EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN LYNGAAS, D.D.S., on
behalf of himself and others
similarly situated

    Plaintiff,

 -vs-                                                2:16-cv-12539-RHC-DRG

                                                           Hon. Robert H. Cleland

STARMOUNT LIFE INSURANCE
CO., INC., ALWAYSCARE
BENEFITS, INC., and DOES 1-10,

    Defendants.

## **NOTICE OF DISMISSAL**

    NOW COMES the Plaintiff, by and through its undersigned attorneys, and pursuant to Fed R. Civ. Proc. 41(a)(1)(A)(ii), hereby voluntarily dismisses Plaintiff's individual claims against Defendants without prejudice, and with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. This notice of dismissal disposes of the entire action.

                                                           Respectfully submitted,

                                                           **PLAINTIFF**

                                                           BRIAN LYNGAAS, D.D.S.

/s/ Daniel A. Edelman
Daniel A. Edelman
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200


/s/ Richard Shenkan
Richard Shenkan
SHENKAN INJURY LAWYERS, LLC.
6550 Lakeshore Street
West Bloomfield, Michigan 48323
(800) 601-0808
(888) 769-1774 (FAX)

## **CERTIFICATE OF SERVICE**

I, Daniel A. Edelman, hereby certify that on November 11, 2016, I caused a true and accurate copy of the foregoing document to be filed with the Clerk of the United States District Court for the Eastern District of Michigan via the Clerk's CM/ECF system and served a true and accurate copy on the following party:

**Via U.S. Mail:**
Starmount Life Insurance Co., Inc.
C/O Registered Agent: Jeffery Glenn Wild
8485 Goodwood Blvd.
Baton Rouge, LA 70806-7878

Alwayscare Benefits, Inc.
C/O Registered Agent: Jeffery Glenn Wild
8485 Goodwood Blvd.
Baton Rouge, LA 70806-7878

        /s/ Daniel A. Edelman
        Daniel A. Edelman

Daniel A. Edelman
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)